UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:24-CV-00677-CRS-CHL

MICHAEL M.                                                                                                           PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY                                                         DEFENDANT

## ORDER

The magistrate judge has filed his Report and Recommendation (DN 24); no objections thereto have been filed and the time for filing objections has expired. Therefore, the magistrate judge's Findings of Fact, Conclusions of Law and Recommendation (DN 24) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the denial of disability insurance benefits to the plaintiff, Michael M.

**IT IS SO ORDERED**.

February 6, 2026

Charles R. Simpson III, Senior Judge
United States District Court